ROCKWELL, KELLY & DUARTE, LLP
By:  Jeffrey R. Duarte
State Bar No 186190
P.O. Box 0142
Modesto, CA  95353
Phone (209) 521-2552
Fax: (209) 526-7898

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY DAVISSON, | Case No.:  1:15-CV-00758-EPG |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

   IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, to extend the time by 30 days, to December 29, 2015, for plaintiff to serve plaintiff's letter brief on the defendant.

   The parties further stipulate that the Court's Scheduling Order shall be modified accordingly

///

///

///

///

Plaintiff's attorney has a scheduled vacation from 11/29 to 12/7/15, and needs additional time to further review the file and prepare the letter brief.

                                              Respectfully submitted,

Dated:  November 13, 2015        By: */s/ Jeffrey R. Duarte*
                                              Jeffrey R. Duarte
                                              Attorney for Plaintiff

Dated:  November 13, 2015        Benjamin Wagner
                                              United States Attorney

                                              By: /s/ *Michael K. Marriott*
                                              (As authorized via email)
                                              Michael K. Marriott
                                              Attorney for Defendant

## **ORDER**

Based on the above stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, up to and including December 29, 2015, to serve his confidential letter brief on Defendant. All other deadlines set forth in the Scheduling Order (ECF No. 5) are modified accordingly.

IT IS SO ORDERED.

    Dated:  **November 16, 2015**                /s/ *Erica P. Grosjean*
                                                    UNITED STATES MAGISTRATE JUDGE