BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8934
    Facsimile: (415) 744-0185
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | | |
|---|---|---|
| RANDY DAVISSON | ) | Case No. 1:15-cv-00758-EPG |
| | ) | |
| Plaintiff, | ) | **STIPULATION FOR EXTENSION OF TIME AND ORDER** |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | (ECF No. 17) |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's Opening Brief up to and including April 29, 2016. The response is currently due March 30, 2016. This extension is being sought because counsel for the Defendant needed to leave town unexpectedly for a funeral.

    The parties also stipulate that the scheduling order shall be modified accordingly.

//

//

1 – Stipulation and Order Extending Def's Time

Respectfully submitted,

Dated: March 28, 2016        /s/ Jeffrey R. Duarte *
                             Jeffrey R. Duarte
                             (*as authorized by email on March 28, 2016)
                             Attorney for Plaintiff

Dated: March 28, 2016        BENJAMIN B. WAGNER
                             United States Attorney
                             DEBORAH LEE STACHEL
                             Acting Regional Chief Counsel, Region IX
                             Social Security Administration

                    By:      /s/ Michael K. Marriott
                             MICHAEL K. MARRIOTT
                             Special Assistant U.S. Attorney
                             Attorneys for Defendant

## **ORDER**

Based on the above stipulation, and good cause appearing therein, the Court grants Defendant an extension of time to file her opposition to Plaintiff's opening brief. Defendant shall file her opposition brief no later than April 29, 2016. Plaintiff may file his reply no later than May 16, 2016.

IT IS SO ORDERED.

Dated:   **March 29, 2016**                /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE
2 – Stipulation and Order Extending Def's Time